**VOGEL SALES COMPANY, Petitioner**

v.

**SANTANA PRODUCTS, INC., Santana Products Liquidating Trust, Michael T. Lynch, Sr., Michael T. Lynch, Jr., John A Carney, James M. Gavigan, William E. Jackson, Respondents.**

Supreme Court of Pennsylvania.

May 28, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of May 2009, the Motion for Leave to File a Motion to Quash the Respondents' Brief in Opposition is denied as moot. The Petition for Allowance of Appeal is denied.